IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATRINA ROSANNE WEAR,

        Plaintiff,                   No.   03:12-cv-2025-SU

     v.

CAROLYN W. COLVIN,                ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

     Magistrate Judge Sullivan issued a Findings and Recommendation (#16) on November 6, 2013, in which she recommends that this Court reverse the Commissioner's decision and remand the case for additional proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see also</u> <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [16].

Accordingly, the Commissioner's decision is reversed and remanded for additional proceedings.

IT IS SO ORDERED.

DATED this __2__ day of __Jan__, 2014.

                                                MARCO A. HERNANDEZ
                                              United States District Judge