**LISA R. PORTER**
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**Katrina Rosanne Wear,**
        **Plaintiff,**     Civil Action No. 3:12-cv-02025-SU
vs.

**CAROLYN W. COLVIN**     ORDER GRANTING AWARD
**COMMISSIONER of Social Security,**     OF EAJA FEES, EXPENSES
        **Defendant**     /     COSTS

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), it is hereby ordered that EAJA attorney's fees of $**3,286.02** and expenses $**4.40** and costs of $**7.05**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 28th day of February, 2014.

                                    /s/ Patricia Sullivan
                                    U.S. Magistrate   Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224